THE HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TERAGREN LLC, a Washington limited liability company,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SMITH & FONG COMPANY, a California corporation,<br><br>　　　　　　Defendant. | No. CV7 5612 RBL<br><br>JOINT MOTION TO EXTEND TRIAL DATES<br><br>**NOTE ON MOTION CALENDAR:**<br><br>**AUGUST 13, 2008** |

　　　　The parties, Teragren LLC, Smith & Fong Company, Anji Tianzhen Bamboo Floorings Company, Ltd., Bamboo Strand Products, LLC, and Jay Plaehn, hereby jointly move to extend the deadlines set forth in the Court's Minute Order Setting Trial, Pretrial Dates and Ordering Mediation, dated February 7, 2008. The parties respectfully request the following extensions because of the recent addition of claims and parties to the case. Accordingly, the parties request that the Court revise the current case schedule as follows:

JOINT MOTION TO EXTEND TRIAL DATES
(NO. CV7 5612 RBL) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

| Event | Current Deadline | Extended Deadline |
|---|---|---|
| 6 Days Jury Trial set for 9:30 am on | 02/09/2009 | 04/27/2009 |
| Responsive Briefs on Claim Construction Due: | 08/19/2008 | 09/02/2008 |
| Requested Claim Construction Hearing Date: | 09/03/2008 | 09/23/2008 @ 1:30 pm Note change |
| Disclosure of Expert Testimony under FRCP 26(a)(2) is due: | 08/13/2008 | 11/14/2008 |
| All Motions related to Discovery must be FILED by: | 09/22/2008 | 12/8/2008 |
| Discovery COMPLETED by | 10/14/2008 | 12/29/2008 |
| Expert Discovery COMPLETED by: | None Set | 01/20/2009 |
| Dispositive motions FILED by | 11/12/2008 | 01/26/2009 |
| Settlement conference per CR 39.1(c)(2) HELD no later than: | 12/11/2008 | 10/29/2008 |
| Mediation per CR 39.1(c)(3) HELD no later than | 01/12/2009 | 01/12/2009 |
| CR 39.1(c)(2) Letter of Compliance FILED by: | 01/20/2009 | 01/20/2009 |
| Motions in Limine FILED by And NOTED on the motion calendar no later than the second Friday thereafter | 01/12/2009 | 04/06/2009 |
| Agreed Pretrial Order or Witness and Exhibit Lists are due on: | 01/23/2009 | 04/13/2009 |
| Pretrial Conference HELD at 08:30 AM on | 01/30/2009 | 04/17/2009 Note change |
| Voir Dire, Jury Instructions, Trial Briefs, Findings | 01/28/2009 | 04/13/2009 Note change |

JOINT MOTION TO EXTEND TRIAL DATES
(NO. CV7 5612 RBL) – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Respectfully submitted this 13th day of August, 2008.

/s/ *Robert E. Rohde*
Robert E. Rohde, WSBA No. 12809
Email: brohde@rohdelaw.com
Rohde & Van Kampen PLLC
1001 Fourth Avenue, Suite 4050
Seattle, WA 98154-1000
Phone: (206) 386-7353
Fax: (206) 405-2825

Attorneys for Bamboo Strand Products, LLC and Jay Plaehn

/s/ *Elana S. Matt*
Ramsey M. Al-Salam, WSBA No. 18822
RAlSalam@perkinscoie.com
Elana Sabovic Matt, WSBA No. 37719
EMatt@perkinscoie.com
Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Attorneys for Plaintiff Teragren LLC

/s/ *Timothy L. Boller*
Timothy L. Boller, WSBA No. 29079
Nima A. Seyedali, WSBA No. 37014
SEED IP LAW GROUP PLLC
701 Fifth Avenue, Suite 5400
Seattle, WA 98104

Omid A. Mantashi, WSBA No. 32519
Law Offices of Omid A. Mantashi
360 Grand Avenue, Suite 90
Oakland, CA 94610

Attorneys for Defendant Smith & Fong Company and Intervenor Anji Tianzhen Bamboo Floorings Company, Ltd.

IT IS SO ORDERED this 21st day of August, 2008.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

JOINT MOTION TO EXTEND TRIAL DATES
(NO. CV7 5612 RBL) – 3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000