HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TERAGREN, LLC, a Washington limited liability company,

    Plaintiff,

v.

SMITH & FONG COMPANY, a California corporation,

    Defendant.

Case No. C07-5612RBL

MARKMAN CLAIMS CONSTRUCTION RULING

THIS MATTER comes before the Court on Plaintiff Teragren's Motion for Reconsideration [Dkt. #60] of the Court's *Markman* decision [Dkt. #59]. The Court has reviewed and considered the Motion. Under Local Rule 7(e)(3), the Court Requests that the Defendants (together) submit a Response to the Motion, addressing the issues raised therein. The response should be no more than 10 pages in length, and should be filed by February 13, 2009.

IT IS SO ORDERED.

DATED this 4th day of February, 2009.

/s/ Ronald B. Leighton
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1